**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00263-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SETH ROGER HAULMAN,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 15) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for August 12, 2009 and the four-day jury trial set to commence on August 17, 2009 are VACATED.

IT IS FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) <u>no later than July 15, 2009</u> to set this matter for a Change of Plea Hearing.

DATED:  July __7__, 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge